IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACEY FANNING, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:12-cv-489-MEF |
| | )                 WO |
| ASHTON APARTMENTS, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #18) to the Recommendation of the Magistrate Judge filed on August 15, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #17) filed on August 1, 2012 is adopted;

3. This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915.

DONE this the 16th day of August, 2012.

                                          /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE